IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| NOA MATSLIAH HODEDE as Special Administrator of the Estate of ABRAHAM MATSLIAH, deceased, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING CO., an Illinois corporation, <br><br> Defendant. | No. 19 L 9313 <br> CALB |

### ADMINISTRATIVE ORDER
### APPOINTING WRONGFUL DEATH SPECIAL ADMINISTRATOR

This cause coming before the Court on the motion of the Plaintiff for appointment of a Wrongful Death Special Administrator, the above-captioned matter being a <u>federal</u> court cause of action against the Defendant, the Court finding that the appointment of a Wrongful Death Special Administrator, pursuant to 740 ILCS 180/2.1, is required in <u>state</u> court for the proper prosecution of the <u>federal</u> court cause of action,

IT IS HEREBY ORDERED as follows:

(4208)     1. The Plaintiff, NOA MATSLIAH HODEDE, be and is hereby appointed as the Wrongful Death Special Administrator, pursuant to 740 ILCS 180/2.1, for purposes of prosecution of the above-captioned matter in federal court;

(4251)     2. The Clerk of the Circuit Court of Cook County shall assign the above captioned matter a Law Division case number, solely for the purpose of the entry of this order;

(4010)     3. The above-captioned matter is administratively dismissed instanter.

Andrew T. Hays
Sarah E. Buck
HAYS FIRM LLC
55 W. Wacker Dr., 14th Floor
Chicago, IL 60601
Phone: (312) 626-2537
ahays@haysfirm.com
Atty No. 46467

ENTER: JUDGE JAMES P. FLANNERY
AUG 21 2019
JUDGE Circuit Court-1505    NO.